<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7664**

MICHAEL JOSEPH WAGNER

                  Petitioner - Appellant,

      v.

J. MICHAEL STOUFFER, Commissioner; J. TROVILLIAN, Warden,

                  Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:10-cv-01944-AW)

Submitted: February 16, 2012      Decided: February 23, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Joseph Wagner, Sr., Appellant Pro Se. Michael O'Connor Doyle, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Joseph Wagner, Sr. appeals the district court's order denying his motion to re-open the appeal period. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wagner v. Stouffer</u>, No. 8:10-cv-01944-AW (D. Md. Dec. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2